IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| VALERIE HUNT | PLAINTIFF |
| V. | CAUSE NO: 1:06CV130 |
| DAY-BRITE LIGHTING, INC. | DEFENDANT |

## ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court pursuant to the parties' stipulation of dismissal requesting entry of an order of dismissal of this lawsuit with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Court, being otherwise fully advised in the premises, is of the opinion that the stipulation should be received by the Court, and that the above-captioned action should be dismissed with prejudice with each part bearing its own costs of litigation and attorneys' fees. The Court, however, retains jurisdiction to enforce the "Settlement Agreement and Full and Final General Release" to be entered into by the parties.

**IT IS THEREFORE**, **ORDERED** and **ADJUDGED** that the Complaint is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Court retains jurisdiction to enforce the "Settlement Agreement and Full and Final General Release" to be entered into by the parties.

**SO ORDERED**, this the 10th day of April, 2008.

/s/ Sharion Aycock_____
U.S. DISTRICT COURT JUDGE